

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Frazer*
*United States Attorney*

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

main: *(973) 645-2700*
direct: *(973) 645-2813*
fax:  *(973) 297-2010*

May 26, 2026

**BY ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:  *Guaman Puli v. Blanche, et al.*, No. 26-4160 (MCA)
>     **Status Update: Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action.  We respectfully write pursuant to the Court's text order entered earlier today, ordering Petitioner's immediate release within 24 hours unless Respondents file a letter distinguishing this matter from the Court's prior decisions interpreting 8 U.S.C. §§ 1225(b)(1) and 1225(b)(2).  *See* ECF No. 6.  U.S. Immigration and Customs Enforcement has informed this Office that Petitioner was released at approximately 2:55 p.m. today, under the same conditions that existed at the time Petitioner was arrested and with all property.  As a result, Respondents respectfully request that the Court close this case.  We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

Case shall closed.
SO ORDERED

By:   *s/ David Inkeles*
    DAVID INKELES
    Assistant United States Attorney
    Acting Deputy Chief, Civil Division
    *Attorneys for Respondents*

  *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  7/27/26

cc:     Counsel of Record (by ECF)